IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AETNA INC. and AETNA LIFE INSURANCE COMPANY, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : | |
| THE PEOPLE'S CHOICE HOSPITAL, LLC, et al., Defendants. | : : : | No. 17-4354 |

# ORDER

AND NOW, this **13th** day of **March, 2018**, upon consideration of PCH Defendants' Motion to Compel Arbitration and Stay Proceedings, Plaintiffs' response thereto, and Defendants' reply thereon, and for the reasons outlined in the Memorandum dated March 13, 2018, it is **ORDERED** that the motion (Document No. 62) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**