# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AETNA INC. and AETNA LIFE** | : | |
| **INSURANCE COMPANY,** | : | **CIVIL ACTION** |
|    **Plaintiffs,** | : | |
| | : | |
|    **v.** | : | |
| | : | |
| **THE PEOPLE'S CHOICE** | : | |
| **HOSPITAL, LLC, et al.,** | : | **No. 17-4354** |
|    **Defendants.** | : | |

## ORDER

**AND NOW**, this **13th** day of **March, 2018**, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction, Improper Venue, Failure to State a Claim Upon Which Relief Can Be Granted, and Failure to Join a Necessary Party, or in the Alternative, Motion to Transfer Under 28 U.S.C. § 1404(a), Plaintiffs' response thereto, Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated March 13, 2018, it is **ORDERED** that:

1. The motion (Document No. 56) is **GRANTED in part**. The motion to transfer venue is **GRANTED** and the motion to dismiss is **DENIED as moot**.

2. This litigation is transferred to the Western District of Texas.

3. The People's Choice Hospital, LLC, PCH Management Newman, LLC, and PCH Lab Services, LCC's Motion to Dismiss the Complaint for Lack of Subject-Matter Jurisdiction and for Failure to State a Claim, and Motion to Transfer Venue (Document No. 61) is **DENIED as moot**.

4.      Defendants Dr. Seth Guterman and David Wanger's Motion to Dismiss (Document No. 63) is **DENIED as moot**.

**BY THE COURT:**

**Berle M. Schiller, J.**